IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR LEE SEVERANCE,

    Petitioner,                    No. 2:92-cv-1620 WBS JFM (HC)

    vs.

FRED VAN DER VEUR,

    Respondent.                 ORDER

_____/

        Petitioner, a state prisoner, has filed a letter inquiring about the status of his habeas corpus application. In the letter, he asserts that he either never received a response or does not remember receiving one. Petitioner is informed that this petition for writ of habeas corpus was denied on August 25, 1994 and judgment was entered on the same day. On December 1, 1994, petitioner filed a notice of appeal from the judgment. By order filed in this court on January 19, 1995, the United States Court of Appeals for the Ninth Circuit denied petitioner's request for a certificate of probable cause. Good cause appearing, the Clerk of the

/////

/////

/////

/////

1

1  Court is directed to send petitioner a copy of the docket sheet for this action.  Petitioner is
2  advised that this action is closed, and no orders will issue in response to future filings.
3  DATED: September 1, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

12/mp
seve1620.158